IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

V. J., MOTHER OF D.H. AND L. Z.-M., ETC.,

      Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2877

Opinion filed November 17, 2016.

An appeal from the Circuit Court for Duval County.
David M. Gooding, Judge.

V.J., pro se, Appellant.

Ward L. Metzger, Department of Children and Families, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, RAY, and M.K. THOMAS, JJ., CONCUR.